UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SENDY CHANCY,

                    Plaintiff,

-against-

S&P GLOBAL, INC.,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _06/10/2024_

24 Civ. 2665 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of the parties' joint letter dated June 7, 2024. ECF No. 17. The exhibit attached to the letter is not the parties' proposed case management plan. *See* ECF No. 17-1. Accordingly, the parties are directed to submit the proposed case management plan by **June 12, 2024.**

      SO ORDERED.

Dated: June 10, 2024
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge