```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SENDY CHANCY,

                Plaintiff,

-against-

S&P GLOBAL, INC.,

                Defendant.

24 Civ. 2665 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Pursuant to the District's standing administrative order regarding counseled employment cases, the parties have been referred to mediation. *See* ECF No. 22. The order directs the parties to follow specified discovery protocols, which "require the early exchange of targeted, core discovery, and are intended to frame issues for resolution through mediation." *Id.* The parties are also required to participate in mediation within 60 days of when Defendant, S&P Global, Inc., filed its answer—in other words, by August 9, 2024. *Id.*; *see* ECF No. 20.

    To permit the parties to focus on mediation and pre-mediation discovery, the Court shall not enter a case management plan at this time. *See* ECF No. 21. By **August 16, 2024**, the parties shall jointly file a status update as to mediation. If the parties have not resolved this matter through mediation, they shall file a revised proposed case management plan with their letter.

    SO ORDERED.

Dated: June 17, 2024
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge